:2199 Isenberg

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
12:00
APR 20 1999
NANCY DOHERTY, CLERK
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEWIS EDWARD ISENBERG, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:98-CV-1143-L |
| | § | |
| KATHLEEN HAWK, Director, Federal Bureau of Prisons, Et Al. | § | |
| | § | |

ORDER REFERRING CASE TO DISTRICT JUDGE

On January 8, 1999, the undersigned issued an order construing Isenberg's action as a civil action subject to the filing fee collection procedures of the Prison Litigation Reform Act (PLRA). That order noted several deficiencies in Plaintiff's initial filing with the Court, and ordered him to cure the deficiencies by filing both an in forma pauperis declaration, and a certified copy of his inmate trust account within 30 days. The order informed Plaintiff that failure to cure the deficiencies would result in a recommendation that the complaint be dismissed for failure to prosecute. On February 26, 1999, the undersigned *sua sponte* gave Isenberg another thirty days to comply with the deficiency order. The dismissal warning was again repeated. A copy of these orders were mailed to Plaintiff at his address of record. As of the date of this order, however, plaintiff Isenberg has failed to cure the deficiencies, pay a filing fee, or otherwise file any document responsive to the Court's order.

8

IT IS THEREFORE ORDERED that this action should be referred to the United States District Judge for such other action as may be deemed appropriate.

SIGNED this 20 day of April 1999.

CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE