UNITED STATES DISTRICT COURT
Northern District of Texas

**U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

**FILED**

MAR 2 4 1998

**NANCY DOHERTY, CLERK**

By _____

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

3/24/98

DATE                                                                    JUDICIAL OFFICER

## NOTICE OF DEFICIENCY

*Nancy Doherty*
  *Clerk of Court*

Judge: McBryde                                          Date: 3/24/98

Case Number: 4:98-CV-0143-A Plaintiff: Federal Trade Commission

Deputy Clerk: _____          Telephone Number: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A(n) Motion for Expedited Court-Ordered Mediation ___ has been filed by
defendants ___ and is considered deficient in the areas(s) noted below:

_____  1.  A summons must be filed with the complaint. See LR 3.1(b).

_____  2.  A civil cover sheet must be filed with the complaint. See LR 3.1(c).

_____  3.  The document(s) must be in proper form. See LR 10.1.

_____  4.  The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.

_____  5.  A completed certificate of service as defined in F.R.C.P. 5(d) is required.

_____  6.  Each separate document contained therein must be identified. See LR 5.1(c).

_____  7.  The motion must comply with LR 7.1 by including:

              a.  ____  certificate of conference or inability to confer

              b.  ____  brief in support of motion (maximum of 25 pages)

              c.  ____  proposed order

              d.  ____  copy of the proposed amended pleading with motion for leave to amend

_____  8.  A motion for continuance must be signed by the party as well as by the attorney of record. See LR 40.1.

_____  9.  Any out-of-district attorney applying for *pro hac vice* status must affirm in writing that he/she has read and will comply with Dondi Props. Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. See LR 83.9(b).

_____  10.  Additional copies are required. See LR 5.1(b).

_____  11.  The attorney filing the pleading is not admitted to practice in this district. See LR 83.7.

✓  12.  Other Original Signatures Required

m:\data\wpfiles\forms\intake\deficie.ncy - 7/97

30

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION, §
§
Plaintiff, §
§
v. §     CIVIL ACTION NO. 4-98CV-0143A
§
AMERAPRESS, INC., *et al.,* §
§
Defendants. §

## DEFENDANTS' MOTION FOR EXPEDITED COURT-ORDERED MEDIATION, AND BRIEF IN SUPPORT

### *EMERGENCY RELIEF REQUESTED*

Defendants AmeraPress, Inc. ("AmeraPress"), Voxcom Sales LLC ("Voxcom"), The Home Business Group ("HBG"), Lawrence Biggs, Jr., Kim Crowther and Don McLellan, request that the Court order that this case be submitted to mediation on an expedited basis, and would show the Court the following:

**The Expedited Status Of This Case**

1.      This case was filed on **February 17, 1998.**

2.      This case is set for trial on **April 27, 1998.**

3.      The discovery deadline in this case is **April 10, 1998.**

**The Status Of Discovery**

4.      The parties have exchanged written discovery, but the first responses are not due until **April 2, 1998.**

