IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION,        §
                                 §
          Plaintiff,             §
                                 §
VS.                              §    NO. 4:98-CV-143-A
                                 §
AMERAPRESS, INC., ET AL.,        §
                                 §
          Defendants.            §

## ORDER

Now pending is the motion of plaintiff, Federal Trade Commission, to quash and for protective order.  The court finds that the motion should be referred to the United States Magistrate Judge for disposition.  The Magistrate Judge should be aware that discovery is to be completed by April 10, 1998, and that the case is set for pretrial conference on April 16, with trial to the court on April 27, 1998.

THE COURT SO ORDERS.

SIGNED March 31, 1998.

_____
JOHN McBRYDE
United States District Judge