

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:98-CV-143-A |
| | § | |
| AMERAPRESS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

Having considered the motion of defendant Amerapress, Inc., to compel answers to interrogatories and for expenses,

The court ORDERS that the motion be, and is hereby, referred to the United States Magistrate Judge for determination.

SIGNED April 1, 1998.

_____
JOHN McBRYDE
United States District Judge

43