U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 2 1998
NANCY DOHERTY, CLERK
By Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:98-CV-143-A |
| | § | |
| AMERAPRESS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

So that the court can explore with the attorneys the possibility of utilizing alternative dispute resolution techniques to the end of bringing the captioned action to a conclusion, the court is ordering the parties, through lead counsel, to appear before the court to discuss that matter. The decision of the court to have such a hearing is prompted, in part, by the indication by counsel for the defendants that a mediation session would be desirable. Therefore,

The court ORDERS that the parties to the above-captioned action, through their respective lead counsel, appear before the court at 11:00 a.m. on April 3, 1998, to discuss the matter mentioned above and any other matter that is appropriate for discussion at that time.

SIGNED April 2, 1998.

JOHN McBRYDE
United States District Judge

50