

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | §<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | 4:98-CV-0143-A |
| AMERAPRESS, INC., et al. | §<br>§ | |
| Defendants. | §<br>§ | |

### ORDER GRANTING LEAVE TO FILE
### ACTION AGAINST AMERAPRESS, INC.

On this day, the Court considered G.L. Brown's Motion for Leave of Court to File his lawsuit against AmeraPress, Inc. in the Tarrant County District Court to preserve his right to pursue his lawsuit pending the outcome of this action. After considering the motion, the Court is of the opinion that said motion is meritorious and should be GRANTED. It is accordingly,

ORDERED that Brown's Motion for Leave of Court to File his action against AmeraPress, Inc. for the purpose of tolling the limitations pending the outcome of the above action is hereby GRANTED.

SIGNED this ____||____ day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE