U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 1998
NANCY DOHERTY, CLERK
By ______
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMERAPRESS, INC., VOXCOM SALES, LLC, THE HOME BUSINESS GROUP, LAWRENCE R. BIGGS, JR., KIM CROWTHER, and DONALD G. McCLELLAN,

Defendants.

CIVIL ACTION NO. 4:98-CV-0143A

# PROTECTIVE ORDER

Good cause appearing therefore and upon agreement of counsel, it is hereby ORDERED that documents and other discovery produced by nonparty Grant Thornton LLP ("Grant") in the above entitled and numbered cause be safeguarded in accordance with the following to protect the confidentiality of said information:

1. That all documents and discovery produced by Grant shall be made available only to the parties of this cause, counsel for the parties, members of and employees of their Firms who are making litigation decisions in the prosecution of this case and testifying or consulting experts retained to assist a party or a party's counsel in this case. All testifying and consulting experts shall, prior to such disclosure, sign a copy of this order signifying his or her agreement to be bound by the terms hereof, and said persons are ordered to protect such information from access by any and all other persons and to otherwise maintain the confidentiality of same as ordered herein;



73

2. That said documents and discovery provided by Grant may only be used for purposes of this litigation, and shall not be used or disclosed other than as permitted herein;

3. That all documents produced by Grant shall be bates stamped by Grant to identify the source of such produced documents.

4. That documents and discovery designated "Confidential" by Grant, shall not be filed as attachments to pleadings and motions and shall not be made available to testifying and consulting experts or anyone other than the named parties and counsel for the parties, unless and until the party seeking to file or disclose such confidential information gives Grant at least 10 business days prior written notice of the identity of the bates number of the documents to be disclosed and an opportunity to file a motion seeking additional protection from this Court, in which event such confidential information shall not be filed or disclosed until this Court rules on the motion. Consulting experts shall not be deposed. No discovery shall be filed with the Court, including deposition transcripts.

5. Within thirty (30) days of the entry of a final, non-appealable judgment or other disposition of this cause, the originals and all photocopies of all documents as well as all discovery shall be returned to Grant.

~~ENTERED and~~ SIGNED this 11 day of April, 1998.

JUDGE PRESIDING

**APPROVED AS TO FORM AND CONTENT:**

Gary D. Kennedy
Oklahoma Bar No. 0004961
Susan E. Arthur
Texas Bar No. 01365300
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
(214) 979-9379
(214) 953-3079 - Fax

Attorneys for Plaintiff

O. Luke Davis, III
Glast, Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Road
Dallas, TX 75240-6657
(972) 419-8300
(972) 419-8329 - Fax

Attorneys for Defendants

Tracy W. Berry
State Bar No. 02243715
Vial, Hamilton, Koch & Knox, L.L.P.
1717 Main Street, Suite 4400
Dallas, TX 75201-7388
(214) 712-4400
(214) 712-4402 - Fax

Attorneys for Grant Thornton LLP
J:\LIT\JMW\PLDGS\196393.1