# UNITED STATES DISTRICT COURT
## Northern District of Texas

U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

APR 1 1 1998

NANCY DOHERTY, CLERK

By _____
Deputy

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case.  The Clerk is hereby directed to unfile and return this document to the party who filed it.

DATE 4/11/98

JUDICIAL OFFICER _____

## NOTICE OF DEFICIENCY

Nancy Doherty
   Clerk of Court

Judge: Mc Bryde                                    Date: 4/6-98

Case Number: 4 98CV143H      Plaintiff Federal Trade Commission

Deputy Clerk: F. Arnold            Telephone Number: _____

\* \* \* \* \* \* \* \* \* \* \* \*

A(n) Application to Appear Pro Hac Vice _____ has been filed by

_____ and is considered deficient in the areas(s) noted below:

_____ 1. A summons must be filed with the complaint.  See LR 3.1(b).

_____ 2. A civil cover sheet must be filed with the complaint.  See LR 3.1(c).

_____ 3. The document(s) must be in proper form.  See LR 10.1.

_____ 4. The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.

✓ 5. A completed certificate of service as defined in F.R.C.P. 5(d) is required.

_____ 6. Each separate document contained therein must be identified.  See LR 5.1(c).

✓ 7. The motion must comply with LR 7.1 by including:

   a. ✓ certificate of conference or inability to confer

   b. _____ brief in support of motion (maximum of 25 pages)

   c. ✓ proposed order

   d. _____ copy of the proposed amended pleading with motion for leave to amend

_____ 8. A motion for continuance must be signed by the party as well as by the attorney of record.  See LR 40.1.

_____ 9. Any out-of-district attorney applying for *pro hac vice* status must affirm in writing that he/she has read and will comply with Dondi Props. Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules.  See LR 83.9(b).

_____ 10. Additional copies are required.  See LR 5.1(b).

_____ 11. The attorney filing the pleading is not admitted to practice in this district.  See LR 83.7.

_____ 12. Other _____

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

'98 APR -6  A 9: 02

NANCY DOHERTY, CLERK

BY:_____
        DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

FEDERAL TRADE COMMISSION, )
    Plaintiff, )
               vs. )
)
AMERAPRESS, INC., VOXCOM SALES, LLC, )    CIVIL ACTION NO.
THE HOME BUSINESS GROUP, LAWRENCE R. )
BIGGS, JR., KIM CROWTHER, AND DONALD G. )    4-98CV-0143A
MCLELLAN, )
    Defendants. )

## APPLICATION TO APPEAR PRO HAC VICE

I, Lawrence Hodapp, hereby apply to the Court under Local Rule 13.3 of the District Court

for the Northern District of Texas, for permission to appear and participate in the above-entitled

action on behalf of the plaintiff Federal Trade Commission.

1.    I am an attorney for the Federal Trade Commission, and my business address is: Federal

Trade Commission, Room H-238, 6th Street and Pennsylvania Avenue, N.W., Washington,

D.C. 20580. Telephone number: (202) 326-3105.

2.    I am a member in good standing and eligible to practice in the courts of the District of

Columbia. I was admitted to practice before the bar of the Court of Appeals for the District

of Columbia in February 1976. In addition, I have been a member in good standing of the

bar of the United States District Court for the District of Columbia since January 1985. I

have also been a member in good standing of the bar of the United States Supreme Court

since January 1991. I also am a member in good standing on inactive status in the State of

Illinois. I was admitted to practice in the courts of Illinois in November 1974.

