ORIGINAL



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION,       §
                                §
            Plaintiff,          §
                                §
VS.                             §    NO. 4:98-CV-143-A
                                §
AMERAPRESS, INC., ET AL.,       §
                                §
            Defendants.         §

## ORDER

After having received and reviewed the items filed with the papers in the above-captioned action on the date of this order titled "Temporary Receiver's Application for Compensation for Receiver's Fees, Receiver's Assistants' Fees and Attorneys' Fees" and "Temporary Receiver's First and Final Accounting and Report of Administration," the court has tentatively concluded that the accounting and report of administration are satisfactory, that the temporary receiver's application for compensation for receiver's fees, receiver's assistants' fees and attorneys' fees should be granted, and that an order should be signed and entered essentially in the form of the proposed order presented to the court bearing the title "Order Discharging Temporary Receiver and Approving Payment of Temporary Receiver's Application for Compensation for Receiver's Fees, Receiver's Assistants' Fees, and Attorneys' Fees." Accordingly,

The court ORDERS that, if any party to this action has any objection to any of the contents of any of the documents mentioned above or to the signing and entry of an order of the kind mentioned above, such party shall make known his or its

objections by the filing of an appropriate document with the clerk by 4:30 p.m. on Wednesday, April 22, 1998, in which document all objections the party has shall be stated with specificity and the factual basis for all such objections shall be set forth with particularity and verified by the affidavit of the party making the objection or a person authorized to speak and act on behalf of the party making the objection.

SIGNED April 16, 1998.

_____
JOHN McBRYDE
United States District Judge

2