U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 30 1998
NANCY DOHERTY, CLERK
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:98-CV-143-A |
| AMERAPRESS, INC., ET AL., | § | |
| Defendants. | § | |

O R D E R

On April 27, 1998, the court received a letter from Paulette Arnold regarding the above-captioned action. The letter and its enclosures are attached to this order as an exhibit so that they will be part of the record in this action and so that the parties will be apprised of this communication with the court. For Ms. Arnold's information, this is not the type of lawsuit in which private citizens may join. And, in any event, the action is very close to being concluded, a settlement having already been reached between the Federal Trade Commission and defendants, AmeraPress, Inc., Voxcom Sales, L.L.C., The Home Business Group, Lawrence R. Biggs, Jr., Kim Crowther, and Donald G. McLellan.

THE COURT SO ORDERS.

SIGNED April 30, 1998.

JOHN McBRYDE
United States District Judge

85

4/24/98 2:22

Federal Trade Commission
U.S. District Court
Ft. Worth Division
Clerk's Office
202 U.S. Courthouse
10th & Lamar
Ft. Worth, TX 76102

27 [illegible]

4:98CV143A

RE: Home Business Group and the trial for unfair business practices

Dear. Sir/Madame:

I have written a letter to the Better Business Bureau on behalf of my concerns with what I have experienced with Home Business Group and their companies.

I "currently" have a lawsuit pending World International Marketplace.

I would also appreciate if my case could be included in this trial set for 4/27/98.

 2/98

12/27/97

Home Business Group
Attn: President and C.E.O.
321 North Mall Drive
St. George, Utah 84790

Dear Sir:

I am writing this letter regarding my concerns with the business opporutnities that was offered to me at a seminar in Knoxville, Tennessee, on October 31, 1997, at the Hilton Hotel. Ms. Margo was the presenter and I must tell you that I was very excited with the ideas of home base business that was available from:
1. AmeraPress, 2. World Internet Market Place and 3. VendWorx.

I felt this would provide a 2nd income for household because I am a single person. And, I don't have any money to waste, so I tried to be very careful with my money and the things that I do with because I still live from paycheck to paycheck, which is my reason for writing to you.

I have enclosed a letter that I recent sent to WI Marketplace via Mike Schneck. You see, I have previously wrote to the President of WI Markeplace, Bob Schneck, regarding the application and agreement, policies and procedures, programs and override bonus programs. It seems that nothing that was presented in the seminar on 10/31/97 and 11/5/97 is true or correct. It's like, things were said to make you give your money and then the companies use you to drain your resources. And, I am not very happy about this.

I lost 2nd letter

I want to discuss briefly my reasons for being upset and I want to know what can be done to eliminate my problems and concerns. I see no other alternative accept to debate with you and your company promoting propoganda that will bait people who are looking for a better way to loose what they have worked many hours. I want to know if you remembered what Christmases were like to be without and, then, dedicated yourself in securing a better life for your children. I never expected to go to the Bahamas, but I did expect to work that these opportunities to save some money to take my daughter to Disney World for her graduation. My child is 15 years old and we have had on 1 vacation and that was this Labor Day that I took her for 3 days to visit her sister in the Navy. We did not go by plane and I could not afford to even go by bus, so we drove. She has never been a long trip and she got car sick on the way back home and messed the car seats. This is o.k., but it is the idea that what I felt your company was offering was the perfect way for me to show her that "if you work hard at anything you do, eventually, you will see good things". I pray for her each and everyday because she is so young to be so depressed which is a trend amoung our children. I hope this never happens to your child, believe me it is very hurtful.

1. AmeriPress: I was very excited about this company because I felt that I could do good things with business and share it with my community, my church, family, etc. I was not thrill to know that I had to have $5,000 to even qualify to distribut the Fleer/Skybox which is great for the children in my community. I felt instead of looking up to the professionals they would see themselves in the spot light. I have questions as a consumer, also. The vouchers that I purchased from the seminar with Margo, I sent a picture and the shipping and handling in 12/2/97. I have still not heard from them. My cancelled came back, but no pictures. "This is one thing that would definitely ruin your business, people becoming frustrated with the time, because there is not time limited show and I was told that this company is punctual" at pictures usually return 2 to 3 weeks.

At the seminare, we were to check out Kinko's and any other company that sell similiar items. The idea was to clarify if Amera Press was better when it came to: quality, price, time and consumer friendly staff. Well, I have not experience any of this and I am getting frustruated with my pictures not returning. Also, I have learned that Walgreen's offered many items of pictures, such as, calendars, coffee cups, post cards that takes 2 to 3 weeks and they guarantee this or your money back. This is a drug store not a company designed to promote a service and I over $600 to be apart of this.

2. World Internet Marketplace: Once again, something that I looked forward to because I could share this with my daughter, and hope to get some friends to invest. My friends have similiare circumstances, one parent-family only they have more children and grandchildren to support. But, I have been misled once again. The representatives at WI Marketplace could not verify or clarify to me the guarantees that the were made in both siminars. I wrote a letter to Bob Schneck expressing my concerns and my reasons for wanting to terminate my additional storefronts. Mr. Mike Schneck called me back and requested for me to give it more time and he would have someone to call me who had made similiar obligations and get their story from this experience. So, I waiteand and waited. Now, that the 30 days have expired for the full refund through your company for these businesses, this is why I am writing this letter to you. I do not feel that from the presentation that Margo presented she provided the truth because everything suddenly change (even the video that WI Markeplace is not the same information that was in the seminar, so I feel that these purchases that I made was based on "untruth" and I want to dissolve this with my money returned to me and I can find something that is more legit and a work with people who are working to reach a goal and make a difference, not to bring on more hardship and struggle.

3. VendWorx: I was impressed with them, also. Not so much that I was sold on the idea of vending machines because I do not like candy and it is very hard for me to see myself selling or providing candy when I don't eat it myself. I did feel that once I got the idea of what it takes to become successful that I could sell this business off.

This is how they worked with me. Mr. Mike Clark seemed to feel that I could work at this business with an investment in candy machines at $3,000+. One of WI representatives told me that he could sell me the same machines for much, much less and he was absolutely right, because I went to his website and I found the same machine at a much lower price. When, I told Mr. Clark that I could not come up with a bank to loan me that much money to invest in candy machines, he did not call back so that is 1/3 of my $600+ that I paid to your company for someone to disk me like that.

I don't have a certificate number and could not even reach them to find out how much the shipping and handling charge was for the "free" vending machine because they kept me on hold for so long with a recorded message that I had to give up the call because I could not afford it.

I used what money I had to spare during the first of December to buy stamps. I'm as you read my letter to Mr. Schneck that you will know that this Christmas was very hard for family and me.

I even tried to call Home Business Group. I wanted to know if someone there could me reach someone at the other companies to address my concerns and how I feel that I have been cheated on because I feel totally ignore-------the same thing happened, I was put on hold so long that I had to hang up.

I know for a fact that I am not the only one who is very frustrated because my mother's associate pastor and his wife had their interest on the vending machines and they became upset and concerned because they could not reach someone to talk to, and, they have made a lot more phone calls than myself.

I am looking forward to hearing from you as soon as possible because I cannot sit still and see 1998 approachind and I am so far in debt that I will not be able to get my child's graduation expenses set asside. I'm sure you know that when a mother has to proteck the wellbeing of her child, she can be very hard to deal with and I want you to consider if you were in my shoes, were in my shoes that you would be feeling the samething, too.

Sincerely,

Paulette Arnold,
1806 Bethel Avenue
Knoxville, Tennessee 37915
(423) 521-9926 (home phone number after 6 p.m. est)

# The Better Business Bureau®

PAULETTE ARNOLD
1806 BETHEL AVE
KNOXVILLE TN 37915

Company : HOME BUSINESS GROUP
Address : 321 N. MALL DRIVE
ST GEORGE UT 84790

Telephone: (435) 656-5660

Principal Officer : KIM CROWTHER

Type of Business: FRANCHISES/BUSINESS PROMOTIONS, OTHER

Business Started: 04/01/96
BBB File Opened : 08/03/93
Report Date : 04/01/98
Report Expires : 06/01/98

The Better Business Bureau file indicates:

HISTORY OF COMPANY: According to information provided by Home Business Group they are a wholly owned subsidiary of Voxcom Holdings Inc., located in Dallas, Texas. The company began business April, 1996. Kim Crowther is the President. Home Business Group is a seminar company which offers business opportunity packages to seminar attendees. The packages are provided by three companies, Amerpress, W I International and Vendworx. Amerpress and Vendworx are affiliate companies.

CUSTOMER EXPERIENCE: According to our file experience this company has an unsatisfactory record with the Better Business Bureau of Utah. Although the company has provided responses to most customer complaints presented to them, one remains unanswered. The record also shows a pattern of complaints alleging misrepresentation of the business opportunity packages and failure of the company to provide refunds. In addition, some complaints were closed as disputed. A disputed complaint indicates the customer was not satisfied with the company's response to their complaint.

# The Better Business Bureau®

LEGAL ACTIONS: On February 27, 1998 the Federal Trade Commission filed a preliminary injunction against Amerapress Inc, Voxcom Sales, Home **Business Group, Lawrence R. Biggs Jr, Kim Crowther and Donald G.** McClellan with the United States District Court, Fort Worth Division. The complaint alleges these companies participated in unfair or deceptive acts or practices by representing that purchasers of the business opportunities could reasonably expect to achieve a specific level of earnings, when in numerous instances, purchasers did not attain the specific level of earnings represented. The defendants entered into an Agreed Order and without admitting any wrongdoing agreed to not falsely represent that consumers who purchase the business ventures can reasonably expect to achieve a specific level of earnings, fail to disclose any fact material to a consumer's decision to purchase business ventures involving the pre-paid calendars, business cards, trading cards, and similar items to the public or other products or services. They also agreed to make good faith efforts to provide audio tapes of each seminar it conducts to the FTC. The order also stipulates that Vendworx has the same duties and responsibilities with regards to the Agreed Order. A temporary receiver was appointed for the sole purpose of receiving and reviewing financial information which is ordered to be provided in the Agreed Order, pending a trial which is to be held April 27, 1998. The matter is pending.

Kim Crowther of Home Business Group has informed us that their position regarding the FTC complaint is that "the Company believes it was meeting the FTC standards prior to this action and believes it will prevail at trial or that it can effectively settle the dispute with the FTC." In addition, the Company believes the FTC action to be unwarranted and unfounded". The company has also indicates that at their request, an early trial date was set in order to obtain a resolution of the case.

AS A MATTER OF POLICY, THE BBB DOES NOT ENDORSE ANY PRODUCT, SERVICE OR COMPANY. BUREAU REPORTS ARE PROVIDED SOLELY TO ASSIST YOU IN EXERCISING YOUR OWN BEST JUDGEMENT AND ARE BASED ON THE PAST THREE YEAR PERIOD.

BBB GENERAL COMMENT: BUSINESS OPPORTUNITIES

The Federal Trade Commission requires the promoter of a franchise to provide prospective buyers with detailed disclosure documents at the time of the offering. You should be aware of several warning signs, including the following: high pressure sales tactics where the promoter does not want you to take the time to investigate the offer; representations of extraordinary profits with very little risk; excessively high start up fees; or lack of communication or evasive answers about the plan.

1588 South Main Street, Salt Lake City, Utah 84115-5382
(801) 487-4656 1-800-456-3907